**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dina Berman, | No. CV-21-00030-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

On August 17, 2022, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation (Doc. 26) recommending that this Court reverse the final decision of the Commissioner of Social Security and remand for further consideration on an open record. No objections to the Report and Recommendation were filed.

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for

clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Magistrate Judge Macdonald's Report and Recommendation, the parties' briefs, and the record. The Court agrees with the findings and analysis contained in Magistrate Judge Macdonald's Report and Recommendation.[1]

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 26) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security is **reversed** and the above-captioned case is **remanded** to the Commissioner of Social Security for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the findings of the Report and Recommendation. The Clerk of Court is directed to enter judgment in favor of Plaintiff and close this case.

Dated this 2nd day of September, 2022.

_____
Honorable Rosemary Márquez
United States District Judge

---

[1] The Court notes one error in the Report and Recommendation, which appears to merely be a typographical error and does not affect the Report and Recommendation's findings and analysis. In explaining the five-step sequential evaluation process followed by the Commissioner to determine whether a claimant is disabled, the Report and Recommendation states that a claimant is not disabled if her impairments or combination thereof do not meet or equal an impairment listed in 20 C.F.R. Pt. 404, Subpt. P, App'x 1. (Doc. 26 at 6.) The Report and Recommendation should instead have stated that a claimant is disabled if her impairments or combination thereof meet or equal a listed impairment. *See* 20 C.F.R. § 404.1520(a)(4)(iii).